**Renee S. HARTZ, M.D., Plaintiff–Appellant,**

v.

**Victor R. FARRUGIA; Robert A. Kutcher; Nicole Tygier; Chopin, Wagar, Richard & Kutcher, LLP, Defendants–Appellees.**

No. 09–30358.

United States Court of Appeals, Fifth Circuit.

Jan. 11, 2010.

Roger Dale Phipps, Phipps & Phipps, New Orleans, LA, for Plaintiff–Appellant.

Victor Roma Farrugia, New Orleans, LA, David S. Daly, Allen & Gooch, Metairie, LA, for Defendants–Appellees.

Before JONES, Chief Judge, SMITH and ELROD, Circuit Judges.

PER CURIAM: *

Renee Hartz sues for legal malpractice stemming from the allegedly actionable failure of one of her attorneys to inform her of a potential claim against her former lawyer. The district court granted summary judgment for defendants and denied summary judgment for Hartz.

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the arguments of

counsel. Because there is no reversible error, the judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.